JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA LOPEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>COSTCO WHOLESALE CORPORATION; DOES 1–50,<br><br>        Defendants. | Case No. 2:23-cv-01686-MCS-PVC<br><br>**JUDGMENT** |

Pursuant to the Court's Order dismissing this case, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: June 2, 2023

*Mark C. Scarsi*
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE